THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **EMPRESAS STEWART CEMENTERIOS** d/b/a Cementerio Los Cipreses,<br><br>*Plaintiff*,<br><br>v.<br><br>**CENTRAL GENERAL DE TRABAJADORES**, *et al.*,<br><br>*Defendants*. | Civ. No. 22-01320 (MAJ) |

## JUDGMENT

Pursuant to the parties' Joint Stipulation for Entry of Judgment (**ECF No. 80**), judgment is entered **DISMISSING** this action **WITH PREJUDICE** in its entirety. As requested by the parties, the Court hereby orders, decrees, and enters the permanent injunction detailed below and dismisses with prejudice all other causes of actions and claims of any sort from any party in the present case without the imposition to any party of costs or attorney's fees.

Accordingly, the Court orders, decrees, and enters **PERMANENT INJUNCTION** enjoining Central General de Trabajadores ("CGT"), José Adrián Lopéz-Pacheco, Scott Barbes, and CGT's officers, agents, representatives, servants, and all persons and organizations associated with or acting in concert or combination with CGT:

    a) From calling, threatening, instigating, directing, encouraging, causing, assisting, participating or condoning in any sit-in, work stoppage, refusal to work, strike, or any other form of concerted activity intended or

tending to interrupt the normal operations of Empresas Stewart over any interpretation or application of the Collective Bargaining Agreement (CBA) between CGT and Empresas Stewart during the term of said existing CBA; and

b) From assisting aiding or abetting in any manner whatsoever any person who violates or seeks to violate subdivision (a) of this Order.

Pursuant to the Joint Stipulation for Entry of Judgment (**ECF No. 80**) the Court **DISMISSES WITH PREJUDICE** all other causes of actions and claims of any sort from any party in the present case without the imposition of costs or attorney's fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, on this 23rd day of May, 2024.

*/s/ María Antongiorgi-Jordán*
**MARIA ANTONGIORGI-JORDÁN**
**UNITED STATES DISTRICT JUDGE**